UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                                                          Chapter 13
IRVEN C WRIGHT
Debtor(s)                                                                            Case No. 06-27439-E

## NOTICE OF HEARING

The Chapter 13 Trustee's Objection To Confirmation and Motion To Dismiss having been filed by Sylvia F. Brown on October 18, 2006.
NOTICE IS HEREBY GIVEN THAT:
The Chapter 13 Trustee's Objection To Confirmation shall be held on November 30, 2006, at  9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.
This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

JED G. WEINTRAUB,
Clerk of Court

## OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

Comes now your Standing Chapter 13 Trustee who would show the Court the following for which relief is sought:
1. It is reasonably believed and the proof will show that the Chapter 13 Petition and plan fail to comply with the following:

11 U.S.C. 1325 (a)(3) the plan has not been proposed in good faith.

2.   Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. 1307 or the confirmation  should be denied and the debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, your Chapter 13 Trustee prays:
1.    That the Court set this objection for a hearing.
2.    That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. 1307 or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
3.    That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

/S/ Sylvia F. Brown
CHAPTER 13 TRUSTEE

CC:    CHAPTER 13 TRUSTEE

IRVEN C WRIGHT
5389 LEANING OAK DRIVE
MEMPHIS,   TN   38141

BRUCE A RALSTON ATTY