**Dated: December 20, 2006**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____


```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE


In Re:                                           Chapter 13
IRVEN C WRIGHT


Debtor(s)                                        Case No. 06-27439-E
SSN XXX-XX-9497
```

Order Confirming Plan

   It appearing to the Court that the debtor(s) have filed a plan which has been sent to the scheduled creditors; that at the confirmation hearing it appeared to the court from statements of the Chapter 13 Trustee, Sylvia F. Brown and the entire record herein that the plan as finalized complies with 11 U.S.C.A. §1325(a) and other applicable provisions of Bankruptcy Code; and that the plan should be confirmed;
   IT IS THEREFORE, ORDERED BY THE COURT:

1. That the debtor's plan, which is attached hereto, is confirmed;

2. That the debtor pay into the plan as follows:

 Debtor One Employer    FEDERAL EXPRESS                   $166.00   WEEKLY

If this is different from the originally proposed plan, then the Trustee is ordered to enter a separate order changing payment, and further that the debtor(s) future earnings shall remain under the exclusive control of this court. In the event of dismissal, or conversion, funds held by the trustee should be paid over to creditors unless otherwise ordered by the court.

3. All property shall remain property of the Chapter 13 estate under §§541(a) and 1306(a) and shall revest in the debtor(s) only upon discharge pursuant to §1328(a), dismissal of the case, or specific order of the court. The debtor(s) shall remain in possession of and in control of all property of the

estate not transferred to the trustee, and shall be responsible for the protection and preservation of all such property, pending further orders of the court.

4. An attorney fee is allowed in the amount of $2,400.00.

5. All Trustee Motions and Objections heretofore files in this cause are hereby resolved and merged into this the confirmed plan.

6. The last date to object to the personal injury exemption and to modify the percentage to the unsecured creditors is hereby extended until the later of the date of discharge or thirty (30) days after the final meeting of creditors in a case converted to Chapter 7 or 11.

7. Real estate tax claimants shall be treated as fully secured if the plan proposes to treat them as a secured debt.

CC:  Sylvia F. Brown                /s/ Sylvia F. Brown
                                    Chapter 13 Trustee
     BRUCE A RALSTON ATTY
     PO BOX 41914
     MEMPHIS, TN  38174-1914

CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

```
DEBTOR(S)       IRVEN C WRIGHT                              SSN XXX-XX-9497
                :06-27439-E
BK NUMBER
                :5389 LEANING OAK DRIVE
                 MEMPHIS, TN  38141

PLAN PAYMENT    :(DEBTOR 1)    $166.00   WEEKLY             - Payroll Deducti

EMPLOYER(S)     :  FEDERAL EXPRESS
                   ATTN: PAYROLL
                   2007 CORPORATE AVENUE 5TH FL
                   MEMPHIS, TN  38132-2153

ADMINISTRATIVE   Pay filing fee, Trustee fee, and debtor's attorney fee

                                                                    MONTHLY
                                                                    PLAN PYMT

AUTO INSURANCE:
    AUTO INSURANCE NOT INCLUDED

HOME MORTGAGE: If no arrearage, ongoing payments deleted unless provided for:

    FAIRFIELD COMMUNITIES INC      ongoing pmt. begin                 $0.00
       Approx. arrearage        $0.00    Interest    0.00%            $0.00
    [Surrendered - Transferred to General Unsecured]
    FESTIVA RESORTS                ongoing pmt. begin                 $0.00
       Approx. arrearage        $0.00    Interest    0.00%            $0.00
    [Surrendered - Transferred to General Unsecured]
    BANK OF AMERICA                ongoing pmt. begin                 $0.00
       Approx. arrearage        $0.00    Interest    0.00%            $0.00
    [Deleted - Paid Outside]

SECURED CREDITORS:                              VALUE    INT RATE   MONTHLY
[retain lien 11 U.S.C.                                              PLAN PYMT
    FORD MOTOR CREDIT COMPANY                $1,470.30    4.00%     $28.00
    AMERICAN HONDA FINANCE                   $2,200.00    8.00%     $45.00

UNSECURED CREDITORS: Pay 19.00% of these claims after above claims are paid:

    AMERICAN EXPRESS                $3,204.64
    AMERICAN EXPRESS                $6,810.06
    ASPIRE VISA CLASSIC             $4,419.96
    AT&T                            $8,198.00
    BANK OF AMERICA                 $6,829.27
    BANK ONE                        $3,777.00
    BEST BUY                          $749.00
    BP AMOCO                          $640.00
    CAPITAL ONE                     $1,816.71
    CAPITAL ONE                     $3,220.18
    CBUSA                           $1,759.00
    CBUSA/SEARS                       $509.00
    CHASE BANK USA NA                 $675.77
    CHEVRON CREDIT BANK NA            $967.56
    CITGO                           $1,095.00
    RBS                             $6,831.00
    DANBURY MINT                      $338.68
    DELL FINANCIAL SERVICES         $3,083.00
    DISCOVER FINANCIAL SERVICES     $6,813.53
```

```
DISCOVER FINANCIAL SERVICES        $4,657.77
EMERGE                             $9,116.00
EXXON MOBIL                          $677.00
FIRST TENNESSEE BANK/FIRST         $2,036.00
FIRST TENNESSEE BANK               $1,525.00
FLEET CREDIT CARD SERVICES         $9,338.00
FLEET CREDIT CARD SERVICES         $9,090.00
GE CONSUMER FINANCE                $1,183.95
GEMB                                 $189.00
GEMB/JCP                              $13.00
GM CARD CUSTOMER CENTER            $1,930.00
GOODYEAR                             $672.00
HOME DEPOT                         $1,759.44
HOUSEHOLD BANK SB NA                 $795.44
HOUSEHOLD BANK                    $11,441.00
ECAST SETTLEMENT CORPORATION       $2,199.27
GEMB/JCP                             $103.00
JOHN DEERE CREDIT                    $907.00
FDS BANK/MACY'S                      $804.88
JEFFERSON CAPITAL SYSTEMS LLC      $9,324.79
MERIDIAN FINANCIAL SERVICES          $334.00
RBS NB                             $7,191.51
RHODE FURNITURE                    $2,030.00
SAM'S CLUB                         $1,933.00
SHELL OIL/CITIBANK                   $298.00
TARGET                               $217.00
THE DANBURY MINT                     $338.00
VALUE CITY                         $1,474.00
VERIZON                              $615.00
MACY/FDSB                          $2,672.00
ZALES/CBUSA                        $2,099.00
ZALES                              $1,610.00
FPC FINANCIAL                        $860.63
[Add]
PREMIER VISA                           $0.00
[Add]
B-REAL LLC                        $17,427.45
[Add]
ASPIRE VISA GOLD                   $9,024.45
[Add]
```

TERMINATION: Plan shall terminate upon payment of the above, approximately 60 months.