```
                                                                IT400
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF TENNESSEE
```

In re:                                                Chapter 13
IRVEN C WRIGHT
Debtor(s)                                             Case No. 06-27439-E

---

## NOTICE OF HEARING

---

The Chapter 13 Trustee's Motion to Modify Plan having been filed by Sylvia Ford Brown on May 01, 2009.

NOTICE IS HEREBY GIVEN THAT:

The Chapter 13 Trustee's Motion to Modify Plan shall be held on 6/4/2009, at 9:00 am in the United States Bankruptcy Court, Room 600, 200 Jefferson Avenue, Memphis, Tennessee, 38103.

Debtors should contact their attorney to see if their attendance is necessary. This hearing may be continued or adjourned from time to time by oral announcement (at the hearing) of the continued or adjourned date and time, without further written notice.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE

---

## MOTION TO MODIFY PLAN

---

Comes now your Standing 13 Trustee who would show unto the Court the following for which relief is sought:

1. That the Trustee has received a Priority claim filed by the IRS that has not been provided for in the plan. This claim requires a monthly payment of $119.00 to payout within the life of the plan.

2. That the Trustee reasonably believes that the plan payment from the debtor remain the same.

PREMISES CONSIDERED, your Trustee prays:

1. That the matter be set for hearing.

2. That the debtor's plan payments be increased accordingly.

3. That the above proposed modifications be ordered by the Court.

4. That the Trustee be granted such other and further relief to which he or she may be entitled.

/S/ Sylvia Ford Brown
CHAPTER 13 TRUSTEE
200 Jefferson Avenue, Ste. 1113
Memphis, TN  38103

CC: Sylvia Ford Brown
NE
    IRVEN C WRIGHT

    BRUCE A RALSTON ATTY

    UNITED STATES TREASURY
    PO BOX 21125
    PHILADELPHIA, PA  19114