**Dated: January 14, 2011**
**The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IT538

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In re:                                                              Chapter 13
IRVEN C WRIGHT
Debtor(s)                                                           Case No. 06-27439-E
SSN(1) XXX-XX-9497

---

ORDER DIRECTING PRESENT EMPLOYER
TO CEASE DEDUCTIONS

---

In this cause it appearing to the Court from the statements of the Chapter 13 Trustee that deductions made by debtor(s)' employer should cease.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the debtor(s)' employer shall cease making deductions for the Chapter 13 Trustee.

/S/ Sylvia Ford Brown
Chapter 13 Trustee

CC:    Sylvia Ford Brown
VL
       IRVEN C WRIGHT
       5389 LEANING OAK DRIVE
       MEMPHIS, TN  38141

       BRUCE A RALSTON ATTORNEY

       FEDERAL EXPRESS
       ATTN PAYROLL
       3875 AIRWAYS BLVD
       MEMPHIS, TN  38116